UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTURE P., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> KILOLO KIJAKAZI, ACTING § <br> COMMISSIONER OF SOCIAL § <br> SECURITY, § <br> § <br> *Defendant.* | Civil Action No. 3:22-CV-2835-X-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 20]. On September 6, 2023, Magistrate Judge Rebecca Rutherford recommended that the Court should reverse the Commissioner's decision and remand this case to the Commissioner because the administrative law judge's RCF determination was not supported by substantial evidence. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 26th day of September, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE